ORIGIN ID:QNYA (212) 907-9700
ALLEN KADISH
SMITH, GAMBRELL & RUSSELL, LLP
1301 AVENUE OF AMERICAS
NEW YORK
NEW YORK, NY 10019
UNITED STATES US

SHIP DATE: 06OCT26
ACTWGT: 2.00 LB
CAD: 100524420/INET4535

BILL SENDER

TO UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
300 NORTH HOGAN STREET
ATTN: COURT CLERK
JACKSONVILLE FL 32202
(212) 907-9700 REF: 704553.001
INV:
PO: 704553.001 DEPT: 704553.001-2679

58KJ9/B503/484B

FedEx Express

E

J281026012801uv

WED - 07 OCT 10:30A
PRIORITY OVERNIGHT

TRK# 0201 8782 6839 5098

32202

XX NIPA

FL-US JAX

SCREENED BY US S

FedEx®

**This envelope is only for FedEx Express® shipments.**
You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.
Check your FedEx shipping document, the current FedEx Service Guide

4357 WED 10/07 07:5
300 N HOGAN ST
PRIORITY
408-
ETP: 5

# Envelope

**Recycle me.**

Align bottom of peel-and-stick airbill or pouch her